IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

    v.        Civil No. 06-6085
        Criminal No. 6:99cr60003-002

CHARLOTTE WASHINGTON                                    DEFENDANT/MOVANT

## J U D G M E N T

Comes now the court on this the 16th day of June 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, it is hereby considered, ordered and adjudged that the Defendant/Movant's motion should be and is hereby dismissed.

Further, pursuant to *28 U.S.C. § 1915(a)*, we find that an appeal from the recommended action would not be taken in good faith.

IT IS SO ORDERED.

        */s/ Bobby E. Shepherd*
        HON. BOBBY E. SHEPHERD
        UNITED STATES MAGISTRATE JUDGE